**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000687
20-OCT-2025
08:00 AM
Dkt. 180 ODMR**

NO. CAAP-22-0000687


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


GERARDO DENNIS PATRICKSON; BENIGNO TORRES HERNANDEZ; FERNANDO JIMENEZ ARIAS; ELIAS ESPINOSA MERELO; ALIRIO MANUEL MENDEZ; and CARLOS HUMBERTO RIVERA, individually and on behalf of others similarly situated, Plaintiffs-Appellants,
v.
DOLE FOOD COMPANY, INC., Defendant/Third-Party Plaintiff-Appellee, DOLE FRESH FRUIT COMPANY; SHELL OIL COMPANY; DOW CHEMICAL COMPANY; OCCIDENTAL CHEMICAL CORPORATION, (individually and as successor to Occidental Chemical Company and Occidental Chemical Agricultural Products, Inc., Hooker Chemical and Plastics, Occidental Chemical Company of Texas and Best Fertilizer Company); STANDARD FRUIT COMPANY; STANDARD FRUIT AND STEAMSHIP COMPANY; DEL MONTE FRESH PRODUCE N.A., INC.; DEL MONTE FRESH PRODUCE (HAWAIʻI) INC. (previously incorrectly named as Del Monte Fresh Produce Hawaiʻi, Inc.), Defendants-Appellees, and DEAD SEA BROMINE CO, LTD.; BROMINE COMPOUNDS, LIMITED, Third-Party Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; and DOE CORPORATIONS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC071000047)

**ORDER DENYING MOTION FOR RECONSIDERATION**
(By: Nakasone, Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of the "Plaintiffs-Appellants Gerardo Dennis Patrickson; Benigno Torres Hernandez; Fernando Jimenez Arias; Alirio Manuel Mendez; and Carlos Humberto Rivera's [(**Plaintiffs**)] Motion for Reconsideration and/or Clarification from the Intermediate Court of Appeals Memorandum Opinion Filed on September 22, 2025" (**Motion**), filed on October 2, 2025, pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 40, it appears that:

(1) the Plaintiffs move for reconsideration and/or clarification of the court's Memorandum Opinion, filed on September 22, 2025; and

(2) the Motion presents no point of law or fact that this court overlooked or misapprehended. See HRAP Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, October 20, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge